**Debra Taylor JOHNSON, Plaintiff–Appellant,**

v.

**STEIN MART, INC., Defendant– Appellee.**

No. 07–13338.

United States Court of Appeals, Eleventh Circuit.

May 5, 2008.

Richard E. Johnson, Law Office of Richard E. Johnson, Tallahassee, FL, for Plaintiff–Appellant.

Kevin E. Hyde, Ernst A. Bell, Foley & Lardner, LLP, Jacksonville, FL, for Defendant–Appellee.

Before BIRCH, DUBINA and HILL, Circuit Judges.

---

PER CURIAM:

Having carefully considered the record, the briefs of the parties, and having heard oral argument, we **VACATE** and **REMAND** to allow the district court to complete the record. The district court should be guided by our prior decision in *Snook v. Trust Co. of Ga. Bank of Savannah, N.A.*, 859 F.2d 865 (11th Cir.1988). Appellant's Motion to Certify Question to Florida Supreme Court is therefore **DENIED**.